1  I am VIDAL LICON-ROBLES's attorney. I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights. To my knowledge, my client understands those rights and
5  agrees to waive them. I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

_____    8/9/24
ROBERT BERNSTEIN                                   Date
Attorney for Defendant
VIDAL LICON-ROBLES

   I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights. I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025. I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____    8/9/24
VIDAL LICON-ROBLES                                 Date
Defendant

**CERTIFICATION OF INTERPRETER**

   I, _____, am fluent in the written and spoken
English and Spanish languages. I accurately translated this entire
agreement from English into Spanish to defendant VIDAL LICON-ROBLES
on this date.  N/A

_____    _____
INTERPRETER                                        Date