E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JULIE J. SHEMITZ (Cal. Bar No. 224093)
Assistant United States Attorney
International Narcotics, Money Laundering & Racketeering Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-5735
    Facsimile: (213) 894-0142
    Cell:     (213) 500-9369
    E-mail:   julie.shemitz@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     v.<br><br>EDGAR JOEL MARTINEZ-REYES ET AL.,<br><br>     Defendants. | No. 2:23-CR-00524(A)-DMG<br><br>STIPULATION REGARDING REQUEST FOR (1) CONTINUANCE OF TRIAL DATE(S) AND (2) FINDINGS OF EXCLUDABLE TIME PERIODS PURSUANT TO SPEEDY TRIAL ACT<br><br>**CURRENT TRIAL DATES:** 11/5/24; 3/25/2025<br>**PROPOSED TRIAL DATE:** 5/19/2025 |

Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Julie J. Shemitz, and defendants EDGAR JOEL MARTINEZ-REYES ("MARTINEZ-REYES"), both individually and by and through his counsel of record, Zaura Villagomez; SAI ZHANG ("ZHANG"), both individually and by and through his counsel of record, Rueven L. Cohen and Youngbin Son; CHENGWU HE, both individually and by and through his counsel of record, Victor

Sherman; BERNARDO MAUBERIS ("MAUBERIS"), both individually and by and
through his counsel of record, Robert M. Helfend; PANYU ZHAO, both
individually and by and through his counsel of record, Louis J.
Shapiro; RAUL CONTRERAS, individually, and by and through his counsel
of record, Charles C. Brown; GUILLERMO ZAMBRANO, individually, and by
and through his counsel of record, John Targowski; LUIS BELANDRIA-
CONTRERAS ("BELANDRIA-CONTRERAS"), both individually and by and
through his counsel of record, Oliver P. Cleary; HANG SU ("SU"), both
individually and by and through his counsel of record, Michael D.
Walsh; JIAYUNG YU, both individually, and by and through his counsel
of record, Jonathan Perliss; XIAOLEI YE, both individually, and by
and through his counsel of record, Edward M. Robinson; XUANYI MU
("MU"), both individually and by and through his counsel of record,
Donald M. Matson; SHOU YANG, individually, and by and through his
counsel of record, Robert C. Hsu; DIEGO ACOSTA OVALLE, both
individually, and by and through his counsel of record,    OSCAR
EDUARDO MAYORGA ("MAYORGA"), both individually and by and through his
counsel of record, Matthew J. Lombard; VIDAL LICON-ROBLES ("LICON-
ROBLES"), both individually and by and through his counsel of record,
Robert Bernstein, LEOPOLDO BERNAL, individually, and by and through
his counsel of record, Anthony Solis; JULIO ALEXANDER CABRERA,
individually, and by and through his counsel of record, Peter
Johnson; JOSE ANTONIO PARDO, individually, and by and through his
counsel of record, Michael S. Chernis; and JIANDE ZHOU, individually,
and by and through his counsel of record, Kevin Gres, hereby
stipulate as follows:

1.    On April 4, 2024, a grand jury for the Central District of California returned first superseding indictment as to both <u>United States v. Zhang, et al.</u> and <u>United States v. Martinez-Reyes, et al.</u> Initial appearance and arraignment for defendant CHENGWU HE has been set for August 22, 2024.

2.    The Speedy Trial Act, 18 U.S.C. § 3161, requires that the trial commence on or before August 20, 2024.

3.    Defendants PEIJI TONG, CHENGWU HE ("C. HE"), DANIEL GONZALEZ, and JIAXUAN HE ("J. HE") have not yet appeared in this district.

4.    All defendants who have appeared in this district have been released on bond pending trial.

5.    The parties estimate that the trial in this matter will last approximately three weeks.  All defendants are joined for trial and a severance has not been granted.

6.    By this stipulation, the parties move to continue the trial date to and the status conference to October 21, 2025 and the status conference to October 8, 2025.

7.    Defendants request the continuance based upon the following facts, which the parties believe demonstrate good cause to support the appropriate findings under the Speedy Trial Act:

a.    Counsel for defendants represent that they have various prior obligations and trial conflicts as set out in Exhibit A hereto. Counsel for defendants also represent that additional time is necessary to confer with their defendants, conduct and complete an independent investigation of the case, conduct and complete additional legal research including for potential pre-trial motions,

3

review the discovery and potential evidence in the case, and prepare for trial in the event that a pretrial resolution does not occur. Defense counsel represent that failure to grant the continuance would deny them reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

b.   Defendants believe that failure to grant the continuance will deny them continuity of counsel and adequate representation.

c.   The government does not object to the continuance.

d.   The requested continuance is not based on congestion of the Court's calendar, lack of diligent preparation on the part of the attorney for the government or the defense, or failure on the part of the attorney for the Government to obtain available witnesses.

8.   For purposes of computing the date under the Speedy Trial Act by which defendants' trial must commence, the parties agree that the time period of January 2, 2024 to October 21, 2025, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i) and (h)(7)(B)(iv) because the delay results from a continuance granted by the Court at defendants' request, without government objection, on the basis of the Court's finding that: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial; (ii) failure to grant the continuance would be likely to make a continuation of the proceeding impossible, or result in a miscarriage of justice; and (iii) failure to grant the continuance would unreasonably deny defendant continuity of counsel and would deny defense counsel the

1  reasonable time necessary for effective preparation, taking into

2  account the exercise of due diligence.

3      9.    Nothing in this stipulation shall preclude a finding that

4  other provisions of the Speedy Trial Act dictate that additional time

5  periods be excluded from the period within which trial must commence.

6  Moreover, the same provisions and/or other provisions of the Speedy

7  Trial Act may in the future authorize the exclusion of additional

8  time periods from the period within which trial must commence.

9      IT IS SO STIPULATED.
   Dated: August 5, 2024          Respectfully submitted,

10

11                                E. MARTIN ESTRADA
                                  United States Attorney

12                                MACK E. JENKINS
                                  Assistant United States Attorney
13                                Chief, Criminal Division

14

15            /s/
                                  _____
   JULIE J. SHEMITZ
16                                Assistant United States Attorney

17                                Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA

18

19

20      I am EDGAR MARTINEZ-REYES's attorney.  I have carefully

21  discussed every part of this stipulation and the continuance of the

22  trial date with my client. I have fully informed my client of his

23  Speedy Trial rights.  To my knowledge, my client understands those

24  rights and agrees to waive them.  I believe that my client's decision

25  to give up the right to be brought to trial earlier than _____

26  is an informed and voluntary one.

27  _____        _____
   ZAIRA VILLAGOMEZ                         Date
28

                              5

Attorney for Defendant
EDGAR MARTINEZ-REYES

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

EDGAR MARTINEZ-REYES            Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages.  I accurately translated this entire agreement from English into Spanish to defendant EDGAR MARTINEZ-REYES on this date.

INTERPRETER            Date

1    I am SAI ZHANG's attorney.  I have carefully discussed every

2  part of this stipulation and the continuance of the trial date with

3  my client.  I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____          _____

9  RUEVEN L. COHEN                                Date
   YOUNGBIN SON

10 Attorneys for Defendant
   SAI ZHANG

11

12

13    This agreement has been read to me in Mandarin, the language I

14 understand best, and I have carefully discussed every part of it with

15 my attorney.  I understand my Speedy Trial rights.  I voluntarily

16 agree to the continuance of the trial date and give up my right to be

17 brought to trial earlier than October 21, 2025.  I understand that I

18 will be ordered to appear at 350 West 1st Street, Los Angeles, CA,

19 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

20 _____          _____

   SAI ZHANG                                     Date
21 Defendant

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24 English and Mandarin languages.  I accurately translated this entire

25 agreement from English into Mandarin to defendant SAI ZHANG on this

26 date.

27 _____          _____
   INTERPRETER                                   Date
28

                                    7

1

2      I am BERNARDO MAUBERIS's attorney.  I have carefully discussed

3   every part of this stipulation and the continuance of the trial date

4   with my client. I have fully informed my client of his Speedy Trial

5   rights.  To my knowledge, my client understands those rights and

6   agrees to waive them.  I believe that my client's decision to give up

7   the right to be brought to trial earlier than October 21, 2025, is an

8   informed and voluntary one.

9   _____     _____
    ROBERT M. HELFEND                    Date
10  Attorney for Defendant
    BERNARDO MAUBERIS
11

12

13     I have read this stipulation and have carefully discussed it

14  with my attorney. I understand my Speedy Trial rights.  I voluntarily

15  agree to the continuance of the trial date, and give up my right to

16  be brought to trial earlier than October 21, 2025.  I understand that

17  I will be ordered to appear in Courtroom 8C of the Federal

18  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19  2025 at 8:30 a.m.

20  _____     _____
    BERNARDO MAUBERIS                    Date
21  Defendant

22

23                        **CERTIFICATION OF INTERPRETER**

24     I, _____, am fluent in the written and spoken

25  English and Spanish languages.  I accurately translated this entire

26  agreement from English into Spanish to defendant BERNARDO MAUBERIS on

27  this date.

28

INTERPRETER _____       Date _____

    I am PANYU ZHAO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

LOUIS J. SHAPIRO _____       Date _____
Attorney for Defendant
PANYU ZHAO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

PANYU ZHAO _____       Date _____
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Mandarin languages. I accurately translated this entire agreement from English into Mandarin to defendant PANYU ZHAO on this date.

INTERPRETER                                    Date

I am RAUL CONTRERAS's attorney. I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights. To my knowledge, my client understands those rights and
agrees to waive them. I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025, is an
informed and voluntary one.

CHARLES C. BROWN                               Date
Attorney for Defendant
RAUL CONTRERAS


I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights. I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025. I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

RAUL CONTRERAS                                 Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages. I accurately translated this entire
agreement from English into Spanish to defendant RAUL CONTRERAS on
this date.

INTERPRETER                          Date

    I am GUILLERMO ZAMBRANO's attorney. I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights. To my knowledge, my client understands those rights and agrees to waive them. I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025, is an informed and voluntary one.

JOHN TARGOWSKI                       Date
Attorney for Defendant
GUILLERMO ZAMBRANO

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights. I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025. I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

GUILLERMO ZAMBRANO                   Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken English and Spanish languages. I accurately translated this entire agreement from English into Spanish to defendant GUILLERMO ZAMBRANO on this date.

INTERPRETER                                        Date

I am HANG SU's attorney.  I have carefully discussed every part
of this stipulation and the continuance of the trial date with my
client. I have fully informed my client of his Speedy Trial rights.
To my knowledge, my client understands those rights and agrees to
waive them.  I believe that my client's decision to give up the right
to be brought to trial earlier than October 21, 2025 is an informed
and voluntary one.

MICHAEL D. WALSH                                   Date
Attorney for Defendant
HANG SU


I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

HANG SU                                            Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Mandarin languages.  I accurately translated this entire
agreement from English into Mandarin to defendant HANG SU on this
date.

1    I am OSCAR EDUARDO MAYORGA'S attorney.  I have carefully

2  discussed every part of this stipulation and the continuance of the

3  trial date with my client.  I have fully informed my client of his

4  Speedy Trial rights.  To my knowledge, my client understands those

5  rights and agrees to waive them.  I believe that my client's decision

6  to give up the right to be brought to trial earlier than October 21,

7  2025 is an informed and voluntary one.

8  _____          _____
   MATTHEW J. LOMBARD                        Date
9  Attorney for Defendant
   OSCAR EDUARDO MAYORGA
10

11

12    I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____          _____
   OSCAR EDUARDO MAYORGA                      Date
20  Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant OSCAR EDUARDO

26  MAYORGA on this date.

27  _____          _____
   INTERPRETER                               Date
28
                                18

1      I, _____, am fluent in the written and spoken

2  English and Mandarin languages.  I accurately translated this entire

3  agreement from English into Mandarin to defendant SHOU YANG on this

4  date.

5

   _____     _____

6  INTERPRETER                        Date

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

agreement from English into Mandarin to defendant XUANYI MU on this date.

_____        _____
INTERPRETER                          Date

    I am SHOU YANG's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

_____        _____
SHOU YANG                            Date
Attorney for Defendant
ROBERT C. HSU

    I have read this stipulation and have carefully discussed it with my attorney. I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date, and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear in Courtroom 8C of the Federal Courthouse, 350 W. 1st Street, Los Angeles, California on October 21, 2025 at 8:30 a.m.

_____        _____
SHOU YANG                            Date
Defendant

## CERTIFICATION OF INTERPRETER

16

INTERPRETER                                      Date

    I am XUANYI MU's attorney.  I have carefully discussed every
part of this stipulation and the continuance of the trial date with
my client. I have fully informed my client of his Speedy Trial
rights.  To my knowledge, my client understands those rights and
agrees to waive them.  I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025 is an
informed and voluntary one.

DONALD J. MATSON                                 Date
Attorney for Defendant
XUANYI MU

    I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights.  I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025.  I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

XUANYI MU                                        Date
Defendant

### CERTIFICATION OF INTERPRETER

    I, _____, am fluent in the written and spoken
English and Mandarin languages.  I accurately translated this entire

INTERPRETER                                    Date

     I am XIAOLEI YE's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

EDWARD M. ROBINSON                             Date
BRIAN ARTHUR ROBINSON
Attorneys for Defendant
XIAOLEI YE


     This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

XIAOLEI YE                                     Date
Defendant

### CERTIFICATION OF INTERPRETER

     I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant XIAOLEI YE on this date.

14

INTERPRETER _____    Date _____

   I am JIAYONG YU's attorney.  I have carefully discussed every part of this stipulation and the continuance of the trial date with my client. I have fully informed my client of his Speedy Trial rights.  To my knowledge, my client understands those rights and agrees to waive them.  I believe that my client's decision to give up the right to be brought to trial earlier than October 21, 2025 is an informed and voluntary one.

JONATHON PERLISS _____    Date _____
Attorney for Defendant
JIAYONG YU


   This agreement has been read to me in Mandarin, the language I understand best, and I have carefully discussed every part of it with my attorney.  I understand my Speedy Trial rights.  I voluntarily agree to the continuance of the trial date and give up my right to be brought to trial earlier than October 21, 2025.  I understand that I will be ordered to appear at 350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

JIAYONG YU _____    Date _____
Defendant

### CERTIFICATION OF INTERPRETER

   I, _____, am fluent in the written and spoken English and Mandarin languages.  I accurately translated this entire agreement from English into Mandarin to defendant JIAYONG YU on this date.

1   I am VICTOR RODRIGUEZ-TRUJILLO's attorney. I have carefully

2   discussed every part of this stipulation and the continuance of the

3   trial date with my client. I have fully informed my client of his

4   Speedy Trial rights. To my knowledge, my client understands those

5   rights and agrees to waive them. I believe that my client's decision

6   to give up the right to be brought to trial earlier than October 21,

7   2025 is an informed and voluntary one.

8   _____          _____
    EDVIN S. FLORES                      Date
9   Attorney for Defendant
    VICTOR RODRIGUEZ-TRUJILLO

10

11

12   I have read this stipulation and have carefully discussed it

13   with my attorney. I understand my Speedy Trial rights. I voluntarily

14   agree to the continuance of the trial date, and give up my right to

15   be brought to trial earlier than October 21, 2025. I understand that

16   I will be ordered to appear in Courtroom 8C of the Federal

17   Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18   2025 at 8:30 a.m.

19   _____          _____
     VICTOR RODRIGUEZ-TRUJILLO            Date
20   Defendant

21

22                        **CERTIFICATION OF INTERPRETER**

23   I, _____, am fluent in the written and spoken

24   English and Spanish languages. I accurately translated this entire

25   agreement from English into Spanish to defendant VICTOR RODRIGUEZ-

26   TRUJILLO on this date.

27   _____          _____
     INTERPRETER                          Date
28

1    I am VIDAL LICON-ROBLES's attorney.  I have carefully discussed
2  every part of this stipulation and the continuance of the trial date
3  with my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8  _____        _____
   ROBERT BERNSTEIN                         Date
9  Attorney for Defendant
   VIDAL LICON-ROBLES
10

11
12    I have read this stipulation and have carefully discussed it
13  with my attorney. I understand my Speedy Trial rights.  I voluntarily
14  agree to the continuance of the trial date, and give up my right to
15  be brought to trial earlier than October 21, 2025.  I understand that
16  I will be ordered to appear in Courtroom 8C of the Federal
17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
18  2025 at 8:30 a.m.

19  _____        _____
   VIDAL LICON-ROBLES                       Date
20  Defendant

21
                       **CERTIFICATION OF INTERPRETER**
22
23    I, _____, am fluent in the written and spoken
24  English and Spanish languages.  I accurately translated this entire
25  agreement from English into Spanish to defendant VIDAL LICON-ROBLES
26  on this date.

27  _____        _____
   INTERPRETER                              Date
28

1  I am LEOPOLDO BERNAL's attorney.  I have carefully discussed

2  every part of this stipulation and the continuance of the trial date

3  with my client. I have fully informed my client of his Speedy Trial

4  rights.  To my knowledge, my client understands those rights and

5  agrees to waive them.  I believe that my client's decision to give up

6  the right to be brought to trial earlier than October 21, 2025 is an

7  informed and voluntary one.

8  _____          _____
ANTHONY M. SOLIS                              Date
9  Attorney for Defendant
LEOPOLDO BERNAL

10

11

12  I have read this stipulation and have carefully discussed it

13  with my attorney. I understand my Speedy Trial rights.  I voluntarily

14  agree to the continuance of the trial date, and give up my right to

15  be brought to trial earlier than October 21, 2025.  I understand that

16  I will be ordered to appear in Courtroom 8C of the Federal

17  Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18  2025 at 8:30 a.m.

19  _____          _____
LEOPOLDO BERNAL                               Date
20  Defendant

21

22                       **CERTIFICATION OF INTERPRETER**

23  I, _____, am fluent in the written and spoken

24  English and Spanish languages.  I accurately translated this entire

25  agreement from English into Spanish to defendant LEOPOLDO BERNAL on

26  this date.

27  _____          _____
INTERPRETER                                   Date

28

1    I am JULIO ALEXANDER CABRERA's attorney.  I have carefully

2    discussed every part of this stipulation and the continuance of the

3    trial date with my client. I have fully informed my client of his

4    Speedy Trial rights.  To my knowledge, my client understands those

5    rights and agrees to waive them.  I believe that my client's decision

6    to give up the right to be brought to trial earlier than October 21,

7    2025 is an informed and voluntary one.

8    _____        _____
     PETER JOHNSON                              Date
9    Attorney for Defendant
     JULIO ALEXANDER CABRERA
10

11

12    I have read this stipulation and have carefully discussed it

13    with my attorney. I understand my Speedy Trial rights.  I voluntarily

14    agree to the continuance of the trial date, and give up my right to

15    be brought to trial earlier than October 21, 2025.  I understand that

16    I will be ordered to appear in Courtroom 8C of the Federal

17    Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

18    2025 at 8:30 a.m.

19    _____        _____
      JULIO ALEXANDER CABRERA                    Date
20    Defendant

21

22                    **CERTIFICATION OF INTERPRETER**

23    I, _____, am fluent in the written and spoken

24    English and Spanish languages.  I accurately translated this entire

25    agreement from English into Spanish to defendant JULIO ALEXANDER

26    CABRERA on this date.

27    _____        _____
      INTERPRETER                                Date
28

I am JOSE ANTONIO PARDO's attorney. I have carefully discussed
every part of this stipulation and the continuance of the trial date
with my client. I have fully informed my client of his Speedy Trial
rights. To my knowledge, my client understands those rights and
agrees to waive them. I believe that my client's decision to give up
the right to be brought to trial earlier than October 21, 2025 is an
informed and voluntary one.

_____          _____
MICHAEL S. CHERNIS                        Date
Attorney for Defendant
JOSE ANTONIO PARDO


I have read this stipulation and have carefully discussed it
with my attorney. I understand my Speedy Trial rights. I voluntarily
agree to the continuance of the trial date, and give up my right to
be brought to trial earlier than October 21, 2025. I understand that
I will be ordered to appear in Courtroom 8C of the Federal
Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,
2025 at 8:30 a.m.

_____          _____
JOSE ANTONIO PARDO                        Date
Defendant


### CERTIFICATION OF INTERPRETER

I, _____, am fluent in the written and spoken
English and Spanish languages. I accurately translated this entire
agreement from English into Spanish to defendant JOSE ANTONIO PARDO
on this date.

_____          _____
INTERPRETER                               Date

1

2      I am JIANDE ZHOU's attorney.  I have carefully discussed every

3  part of this stipulation and the continuance of the trial date with

4  my client. I have fully informed my client of his Speedy Trial

5  rights.   To my knowledge, my client understands those rights and

6  agrees to waive them.  I believe that my client's decision to give up

7  the right to be brought to trial earlier than October 21, 2025 is an

8  informed and voluntary one.

9  _____          ___8/9/24_____
   JIANDE ZHOU                               Date
10 Attorney for Defendant
   KEVIN D. GRES
11

12

13     I have read this stipulation and have carefully discussed it

14 with my attorney. I understand my Speedy Trial rights.  I voluntarily

15 agree to the continuance of the trial date, and give up my right to

16 be brought to trial earlier than October 21, 2025.  I understand that

17 I will be ordered to appear in Courtroom 8C of the Federal

18 Courthouse, 350 W. 1st Street, Los Angeles, California on October 21,

19 2025 at 8:30 a.m.

20 _____          ___8/9/2024_____
   JIANDE ZHOU                               Date
21 Defendant

22

23                    **CERTIFICATION OF INTERPRETER**

24     I, __Yanyan Liu__, am fluent in the written and spoken

25 English and Mandarin languages.  I accurately translated this entire

26 agreement from English into Mandarin to defendant JIANDE ZHOUon this

27 date.

28

_____          08/09/2024
INTERPRETER                              Date

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

25