1      I am SAI ZHANG's attorney.  I have carefully discussed every
2  part of this stipulation and the continuance of the trial date with
3  my client. I have fully informed my client of his Speedy Trial
4  rights.  To my knowledge, my client understands those rights and
5  agrees to waive them.  I believe that my client's decision to give up
6  the right to be brought to trial earlier than October 21, 2025 is an
7  informed and voluntary one.

8
                                                                             8/7/2024

9  _____    _____
   RUEVEN L. COHEN                     Date
10 YOUNGBIN SON
   Attorneys for Defendant
11 SAI ZHANG

12
13     This agreement has been read to me in Mandarin, the language I
14 understand best, and I have carefully discussed every part of it with
15 my attorney.  I understand my Speedy Trial rights.  I voluntarily
16 agree to the continuance of the trial date and give up my right to be
17 brought to trial earlier than October 21, 2025.  I understand that I
18 will be ordered to appear at 350 West 1st Street, Los Angeles, CA,
19 90012, Courtroom 8C, 8th Floor on October 21, 2025 at 8:30 a.m.

20 _____    8/7/2024
   SAI ZHANG                          _____
21 Defendant                          Date

                                      **CERTIFICATION OF INTERPRETER**

22
23     I, ____Yanyan Liu_____, am fluent in the written and spoken
24 English and Mandarin languages.  I accurately translated this entire
25 agreement from English into Mandarin to defendant SAI ZHANG on this
26 date.

27 _____    08/07/2024
   INTERPRETER                         Date
28